AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Srinivasan, Srikanth | 2. Court or Organization  U.S. Court of Appeals, District of Columbia Circuit | 3. Date of Report  05/15/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. Court of Appeals Judge - Active | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2013  to  12/31/2013 |

**7. Chambers or Office Address**

E. Barrett Prettyman U.S. Courthouse and William B. Bryant Annex
333 Constitution Avenue., NW
Washington, DC 20001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Srinivasan, Srikanth | 05/15/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | North American South Asian Bar Association (NASABA) | June 22, 2013 | San Francisco, CA | Award Recipient | Transportation, meal |
| 2. | National Asian Pacific American Bar Association | November 8-10, 2013 | Kansas City, MO | Keynote Speech | Transportation, hotel, meal |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Office of the Solicitor General (Dept. of Justice) | Judicial Robe (Investiture Gift) | $460.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Srinivasan, Srikanth | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 | | | | | | | | | |
| 2. - Spartan 500 Index (FUSVX) | A | Dividend | K | T | Sold (part) | 10/14/13 | J | A | |
| 3. - Aston/River Road Independent Value (ARIVX) | A | Dividend | J | T | | | | | |
| 4. - Aberdeen Emerging Markets (GEGAX) | A | Dividend | J | T | | | | | |
| 5. - Avenue Credit Strategies Investor (ACSAX) | A | Dividend | K | T | Buy | 06/10/13 | J | | |
| 6. | | | | | Buy (add'l) | 10/14/13 | J | | |
| 7. - Clearbridge Small Cap Growth (SASMX) | A | Dividend | K | T | Buy | 01/08/13 | J | | |
| 8. | | | | | Buy (add'l) | 02/12/13 | J | | |
| 9. | | | | | Buy (add'l) | 06/10/13 | J | | |
| 10. - Columbia Dividend Opportunity (INUTX) | B | Dividend | K | T | Sold (part) | 02/12/13 | J | A | |
| 11. | | | | | Sold (part) | 10/14/13 | J | A | |
| 12. - Columbia Select Large Cap Growth (ELGAX) | C | Dividend | L | T | Sold (part) | 10/14/13 | J | A | |
| 13. - Delaware Value (DDVAX) | A | Dividend | L | T | Buy (add'l) | 02/12/13 | J | | |
| 14. - Doubleline Total Return Bond (DLTNX) | A | Dividend | K | T | | | | | |
| 15. - Dreyfus Bond Market Index (DBMIX) | A | Dividend | | | Sold (part) | 02/12/13 | J | A | |
| 16. | | | | | Sold (part) | 06/10/13 | J | A | |
| 17. | | | | | Sold | 10/14/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Srinivasan, Srikanth | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Driehaus Active Income (LCMAX) | A | Dividend | K | T | Buy (add'l) | 02/12/13 | J | | |
| 19. - Federated Intermediate Corp Bond (INISX) | A | Dividend | | | Sold | 06/10/13 | J | A | |
| 20. - Listed Private Equity (LPEFX) | A | Dividend | K | T | Buy (add'l) | 06/10/13 | J | | |
| 21. | | | | | Buy (add'l) | 10/14/13 | J | | |
| 22. - Merk Hard Currency (MERKX) | | None | | | Sold | 06/10/13 | J | A | |
| 23. - Forward EM Corporate Debt (FFXRX) | A | Dividend | K | T | Buy (add'l) | 06/10/13 | J | | |
| 24. - JP Morgan Strategic Income Opport (JSOAX) | A | Dividend | K | T | Buy (add'l) | 06/10/13 | J | | |
| 25. | | | | | Buy (add'l) | 06/10/13 | J | | |
| 26. - JP Morgan High Yield Bond (OHYAX) | A | Dividend | | | Sold | 02/12/13 | J | A | |
| 27. - MFS International Value (MGIAX) | A | Dividend | K | T | Buy (add'l) | 06/10/13 | J | | |
| 28. | | | | | Sold (part) | 10/14/13 | J | A | |
| 29. - Morgan Stanley Global Real Estate (MRLBX) | | None | | | Sold (part) | 02/12/13 | J | A | |
| 30. | | | | | Sold | 06/10/13 | J | A | |
| 31. - Pimco Total Return (PTTDX) | A | Dividend | J | T | Buy (add'l) | 02/12/13 | J | | |
| 32. | | | | | Buy (add'l) | 10/14/13 | J | | |
| 33. - T.Rowe Price Growth Stock (TRSAX) | A | Dividend | L | T | Sold (part) | 10/14/13 | J | A | |
| 34. - RS Global Natural Resources (RSNRX) | A | Dividend | J | T | Sold (part) | 06/10/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Srinivasan, Srikanth | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Ridgeworth Mid Cap Value Equity (SMVTX) | C | Dividend | K | T | Buy (add'l) | 06/10/13 | J | | |
| 36. - Rivernorth Core Opportunity (RNCOX) | B | Dividend | K | T | Buy (add'l) | 10/14/13 | J | | |
| 37. - Riverpark Short-Term HighYield (RPHYX) | A | Dividend | | | Buy (add'l) | 02/12/13 | J | | |
| 38. | | | | | Sold | 11/18/13 | J | A | |
| 39. - Riverpark Strategic Income (RSIVX) | A | Dividend | J | T | Buy | 11/18/13 | J | | |
| 40. - T. Rowe Price International Stock (PAITX) | A | Dividend | K | T | Sold (part) | 06/10/13 | J | A | |
| 41. - TCW Dividend Focused (TGIGX) | A | Dividend | L | T | Buy (add'l) | 02/12/13 | J | | |
| 42. | | | | | Buy (add'l) | 06/10/13 | J | | |
| 43. - TCW Small Cap Growth (TGSNX) | | None | | | Sold | 01/07/13 | J | A | |
| 44. - Touchstone Focused Equity (TFEAX) | A | Dividend | | | Buy (add'l) | 02/12/13 | J | | |
| 45. - Touchstone Focused (TFOAX) | A | Dividend | K | T | Buy | 02/12/13 | J | | |
| 46. | | | | | Buy (add'l) | 10/14/13 | J | | |
| 47. - Wasatch International Opportunities (WAIOX) | B | Dividend | K | T | Buy (add'l) | 10/14/13 | J | | |
| 48. - Wasatch Frontier Emerging Small Co's (WAFMX) | A | Dividend | K | T | Buy (add'l) | 02/12/13 | J | | |
| 49. | | | | | Buy (add'l) | 06/10/13 | J | | |
| 50. - Wasatch Emerging Markets Small Cap (WAEMX) | A | Dividend | J | T | Sold (part) | 02/12/13 | J | A | |
| 51. | | | | | Sold (part) | 06/10/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Srinivasan, Srikanth | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  - Fidelity Cash Reserves (FDRXX) | A | Interest | J | T | | | | | |
| 53.  - Leuthold Asset Allocation (LAALX) (Y) | | | | | | | | | |
| 54.  - Merger Fund (MERFX) (Y) | | | | | | | | | |
| 55.  - Pimco Emerging Markets (PLDMX) (Y) | | | | | | | | | |
| 56.  - Westcore Select (WTSLX) (Y) | | | | | | | | | |
| 57.  Brokerage Account #1 | | | | | | | | | |
| 58.  - Spartan 500 Index (FUSVX) | A | Dividend | K | T | Buy (add'l) | 06/06/13 | J | | |
| 59. | | | | | Sold (part) | 10/10/13 | J | A | |
| 60.  - Fidelity Intermediate Muni Income (FLTMX) | B | Dividend | K | T | Buy (add'l) | 06/06/13 | J | | |
| 61.  - Aston/River Road Independent Value (ARIVX) | A | Dividend | J | T | | | | | |
| 62.  - Aberdeen Emerging Markets (GEGAX) | A | Dividend | | | Sold | 10/10/13 | J | A | |
| 63.  - Avenue Credit Strategies (ACSAX) | A | Dividend | J | T | Buy | 06/06/13 | J | | |
| 64. | | | | | Buy (add'l) | 10/10/13 | J | | |
| 65.  - Clearbridge Small Cap Growth (SASMX) | A | Dividend | J | T | Buy | 01/09/13 | J | | |
| 66. | | | | | Buy (add'l) | 02/15/13 | J | | |
| 67. | | | | | Buy (add'l) | 06/06/13 | J | | |
| 68.  - Columbia Dividend Opportunity (INUTX) | A | Dividend | K | T | Sold (part) | 02/15/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Srinivasan, Srikanth | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 10/10/13 | J | A | |
| 70. - Columbia Select Large Cap Growth (ELGAX) | B | Dividend | K | T | | | | | |
| 71. - Delaware Value (DDVAX) | A | Dividend | K | T | | | | | |
| 72. - Doubleline Total Return Bond (DLTNX) | A | Dividend | K | T | Buy (add'l) | 06/06/13 | J | | |
| 73. - Doubleline Low Duration (DLSNX) | A | Dividend | J | T | Buy | 10/10/13 | J | | |
| 74. - Driehaus Active Income (LCMAX) | A | Dividend | J | T | Buy (add'l) | 02/15/13 | J | | |
| 75. - Listed Private Equity (LPEFX) | A | Dividend | J | T | Buy (add'l) | 06/06/13 | J | | |
| 76. - Merk Hard Currency | | None | | | Sold | 06/06/13 | J | A | |
| 77. - Forward EM Corporate Debt (FFXRX) | A | Dividend | J | T | Buy (add'l) | 06/06/13 | J | | |
| 78. - JP Morgan Strategic Income Opportunity (JSOAX) | A | Dividend | J | T | Buy | 02/15/13 | J | | |
| 79. | | | | | Buy (add'l) | 06/06/13 | J | | |
| 80. - JP Morgan Tax Aware (TXRSX) | A | Dividend | | | Sold | 06/06/13 | K | A | |
| 81. - MFS International Value (MGIAX) | A | Dividend | K | T | Buy (add'l) | 02/15/13 | J | | |
| 82. | | | | | Buy (add'l) | 06/06/13 | J | | |
| 83. - Merger (MERFX) | | None | | | Sold | 02/15/13 | J | A | |
| 84. - Morgan Stanley Global Real Estate (MRLBX) | | None | | | Sold (part) | 02/15/13 | J | A | |
| 85. | | | | | Sold | 06/06/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Srinivasan, Srikanth | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Northern Intermed Tax Exempt (NOITX) | A | Dividend | K | T | Sold (part) | 02/15/13 | J | A | |
| 87. | | | | | Sold (part) | 10/10/13 | J | A | |
| 88. - T.Rowe Price Growth Stock Advisor (TRSAX) | A | Dividend | K | T | | | | | |
| 89. - RS Global Natural Resources (RSNRX) | A | Dividend | J | T | Sold (part) | 06/06/13 | J | A | |
| 90. - Ridgeworth Mid Cap Value Equity (SMVTX) | B | Dividend | K | T | Buy (add'l) | 02/15/13 | J | | |
| 91. | | | | | Buy (add'l) | 06/06/13 | J | | |
| 92. - Rivernorth Core Opportunity (RNCOX) | B | Dividend | K | T | Buy (add'l) | 10/10/13 | J | | |
| 93. - T.Rowe Price Intl Stock Advisor (PAITX) | A | Dividend | J | T | Sold (part) | 06/06/13 | J | A | |
| 94. - TCW Dividend Focused (TGIGX) | A | Dividend | K | T | Buy (add'l) | 02/15/13 | J | | |
| 95. | | | | | Buy (add'l) | 06/06/13 | J | | |
| 96. - TCW Small Cap Growth (TGSNX) | | None | | | Sold | 01/08/13 | J | A | |
| 97. - Touchstone Focused Equity (TFEAX) (Y) | | | | | | | | | |
| 98. - Touchstone Focused (TFOAX) | A | Dividend | J | T | Buy | 02/15/13 | J | | |
| 99. | | | | | Buy (add'l) | 10/10/13 | J | | |
| 100. - Wasatch International Opportunities (WAIOX) | A | Dividend | J | T | Buy (add'l) | 10/10/13 | J | | |
| 101. - Wasatch Frontier Emerging Small Cos (WAFMX) | A | Dividend | J | T | Buy (add'l) | 02/15/13 | J | | |
| 102. | | | | | Buy (add'l) | 06/06/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Srinivasan, Srikanth | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  - Wasatch Emerging Markets Small Cap (WAEMX) | A | Dividend | J | T | Sold (part) | 02/15/13 | J | A | |
| 104. | | | | | Sold (part) | 06/06/13 | J | A | |
| 105.  - Wells Fargo Ultra Short Term Muni (SMAVX) | A | Dividend | | | Buy (add'l) | 06/06/13 | J | | |
| 106. | | | | | Sold | 10/10/13 | J | A | |
| 107.  - Fidelity Cash Reserves (FDRXX) | A | Interest | J | T | | | | | |
| 108.  - Leuthold Asset Allocation (LAALX) (Y) | | | | | | | | | |
| 109.  - Pimco Emerging Markets (PLDMX) (Y) | | | | | | | | | |
| 110.  - Westcore Select (WTSLX) (Y) | | | | | | | | | |
| 111.  Roth IRA #1 | | | | | | | | | |
| 112.  - American Funds AMCAP A AMCPX | A | Dividend | J | T | | | | | |
| 113.  - American Funds New World A NEWFX | A | Dividend | J | T | | | | | |
| 114.  - American Funds Small Cap World A SMCWX | A | Dividend | J | T | | | | | |
| 115.  - American Funds Capital World Growth & Income A CWGIX | A | Dividend | J | T | | | | | |
| 116.  - American Funds Washington Mutual Investors A AWSHX | A | Dividend | J | T | | | | | |
| 117.  - American Funds Income Fund of America A AMECX | A | Int./Div. | J | T | | | | | |
| 118.  Citibank Checking Account | A | Interest | J | T | | | | | |
| 119.  Wells Fargo (various cash accounts) (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Srinivasan, Srikanth | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. American Express (various cash accounts) (Y) | | | | | | | | | |
| 121. College Savings Plan #1 | | | | | | | | | |
| 122. - American Funds AMCAP 529A | D | Dividend | L | T | | | | | |
| 123. - American Funds Balanced Funds 529A | B | Dividend | L | T | | | | | |
| 124. - American Funds Mutual Fund 529A | A | Dividend | J | T | | | | | |
| 125. - American Funds EuroPacific Growth 529A | A | Dividend | J | T | | | | | |
| 126. - American Funds New Perspective 529A | B | Dividend | K | T | | | | | |
| 127. - American Funds Growth Fund of America 529A | C | Dividend | L | T | | | | | |
| 128. - American Funds Washington Mutual Investors Fund 529A | A | Dividend | J | T | | | | | |
| 129. College Savings Plan #2 | | | | | | | | | |
| 130. - American Funds AMCAP 529A | D | Dividend | L | T | | | | | |
| 131. - American Funds Balanced Funds 529A | B | Dividend | L | T | | | | | |
| 132. - American Funds Mutual Fund 529A | A | Dividend | J | T | | | | | |
| 133. - American Funds EuroPacific Growth 529A | A | Dividend | J | T | | | | | |
| 134. - American Funds New Perspective 529A | B | Dividend | K | T | | | | | |
| 135. - American Funds Growth Fund of America 529A | C | Dividend | L | T | | | | | |
| 136. - American Funds Washington Mutual Investors Fund 529A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Srinivasan, Srikanth | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Brokerage Account #2 | | | | | | | | | |
| 138. - American Funds Tax Exempt Bond Fund of America A AFTEX | A | Dividend | J | T | | | | | |
| 139. - American Funds Growth Fund of America A AGTHX | A | Dividend | J | T | | | | | |
| 140. - American Funds New Economy Fund A ANEFX | A | Dividend | J | T | | | | | |
| 141. - American Funds Tax Exempt Fund of VA A TFVAX (Y) | | | | | | | | | |
| 142. - American Funds Fundamental Investors A ANCFX | A | Dividend | J | T | | | | | |
| 143. - American Funds Bond Fund of America A ABNDX | A | Dividend | J | T | | | | | |
| 144. Mass Mutual Variable Life Insurance Policy #1 | | | | | | | | | |
| 145. - Mass Mutual VUL Guard Guaranteed Account | A | Interest | | | Sold | 07/29/13 | K | A | |
| 146. - Mass Mutual VUL Guard American Funds Growth-Income | | None | | | Sold | 07/29/13 | J | A | |
| 147. - Mass Mutual VUL Guard Fidelity VIP Contrafund | | None | | | Sold | 07/29/13 | J | A | |
| 148. Mass Mutual Variable Life Insurance Policy #2 | | | | | | | | | |
| 149. - Mass Mutual VUL Guard Guaranteed Account | A | Interest | K | T | | | | | |
| 150. - Mass Mutual VUL Guard DWS Small Cap Index | | None | K | T | | | | | |
| 151. - Mass Mutual VUL Guard MML Small Cap Equity | | None | J | T | | | | | |
| 152. Keough #1 | | | | | | | | | |
| 153. - Fidelity Diversified International (FDIVX) (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Srinivasan, Srikanth | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - American Beacon Large Cap Val Inv (AAGPX) (Y) | | | | | | | | | |
| 155. - American Funds Growth of America Class R5 (Y) | | | | | | | | | |
| 156. - Rainier Sm/Md Cap (RIMSX) (Y) | | | | | | | | | |
| 157. - Buffalo Sm Cap Stock (BUFSX) (Y) | | | | | | | | | |
| 158. - PIMCO Total Return Instl (PTTRX) (Y) | | | | | | | | | |
| 159. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Srinivasan, Srikanth | 05/15/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

For Part VII (Investments and Trusts):

1) The assets listed under "College Savings Plan #1" and "College Savings Plan #2" (lines 121-136) were grouped together under "College Savings Plans #1" in the CY 2012 report. For clarity, in the current report, I have listed the assets and their values separately by account.

2) The assets listed under "Mass Mutual Variable Life Insurance Policy #1" and "Mass Mutual Variable Life Insurance Policy #2" (lines 144-151) were previously grouped together in lines 96-100 of the CY 2012 report. For clarity, in the current report, I have listed the assets, their values, and any reportable transactions separately by account.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Srikanth Srinivasan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544